UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:05-cr-123-RLH-LRL |
| --- | --- |
| Plaintiff, | 2:04-cr-246-RLH-LRL |
| vs. | **ORDER FOR PLACEMENT IN THE HALF-WAY HOUSE** |
| TAMIKA IVEY, | |
| Defendant. | |

Presently before the Court is the matter of *United States v. Arlanders Gibson. et al.*, in particular, defendant TAMIKA IVEY.

On June 21, 2012, this Court held a hearing for revocation of supervised release as to defendant TAMIKA IVEY. The Government and the U. S. Probation Office request that Ms. Ivey be permitted to reside in the residential re-entry center / halfway house for six (6) months.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant TAMIKA IVEY reside in a residential re-entry center / half-way house for six (6) months.

DATED: This 21st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1